UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOMINGO OJEDA,

                          Plaintiff,                  **TRIAL ORDER**

       -against-                                  16 Civ. 003 (JCM)

METROPOLITAN TRANSPORTATION
AUTHORITY,
                         Defendant.
-----------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on December 3, 2018 in Courtroom 421. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by September 26, 2018. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by September 26, 2018.

4. Proposed jury instructions and a proposed verdict form must be filed by September 26, 2018. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by October 10, 2018.

6. Responses to motions *in limine* must be filed by October 17, 2018.

7. Final Pre-Trial Conference will be held on November 14, 2018 at 10:30 a.m. in Courtroom 421.

    The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial but no later than at the Pre-Trial Conference.

Dated: August 17, 2018
         White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge