UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOMINGO OJEDA,

                              Plaintiff,                    **ORDER**

          -against-                                 16 Civ. 00003 (JCM)

METROPOLITAN TRANSPORTATION
AUTHORITY,

                              Defendant.
------------------------------------------------------------x

        The following chart provides a summary of the Court's evidentiary rulings regarding the parties' Videotape Deposition of Police Officer Gregg Cella, which was conducted on October 31, 2019, and will be presented to the jury in the instant trial. The parties are directed to conform the Videotape Deposition to these rulings.

| Page/Line (Start) | Page/Line (End) | Ruling |
|---|---|---|
| 15/12 | 16/6 | The Court overrules the objection. |
| 23/5 | 23/15 | The Court denies this request. |
| 26/16 | 26/21 | The Court overrules the objection. |
| 35/2 | 35/15 | The Court grants this request and strikes these lines. |
| 38/8 | 38/16 | The Court overrules the objection. |
| 38/21 | 38/25 | The Court grants this request and strikes these lines. |
| 41/13 | 41/16 | The Court grants this request and strikes these lines. |
| 42/19 | 43/19 | The Court grants this request and strikes these lines. |
| 44/14 | 44/22 | The Court overrules the objection. |
| 44/23 | 45/7 | The Court grants this request and strikes these lines. |
| 45/8 | 45/17 | The Court overrules the objection. |
| 45/18 | 46/11 | The Court grants this request and strikes these lines. |
| 46/21 | 47/18 | The Court overrules the objection and strikes page 47, lines 4-18. |
| 52/9 | 53/5 | The Court sustains the objection and strikes these lines. |
| 54/9 | 54/16 | Objection withdrawn, so these lines remain. |
| 57/16 | 58/2 | The Court sustains the objection and strikes these lines. |
| 59/6 | 60/7 | The Court sustains the objection and strikes these lines. |
| 60/8 | 60/20 | The Court overrules the objection. |
| 62/4 | 62/10 | Objection withdrawn, so these lines remain. |
| 66/16 | 66/21 | The Court sustains the objection and strikes these lines. |

| | | |
|---|---|---|
| 67/7 | 67/13 | The Court overrules the objection. |
| 73/4 | 73/7 | The Court sustains the objection and strikes these lines. |
| 86/15 | 88/22 | The Court sustains the objection in part and strikes page 87, line 14 through page 88, line 22. |
| 93/10 | 95/7 | The Court sustains the objection in part and strikes page 93, lines 10-16, and page 93, line 21 through page 94, line 21. |
| 95/18 | 95/25 | The Court overrules the objection. |
| 96/11 | 97/25 | The Court sustains the objection and strikes these lines. |
| 98/16 | 99/10 | The Court sustains these objections and strike these lines. |
| 102/3 | 102/10 | The Court overrules this objection. |
| 102/15 | 102/18 | The Court sustains this objection and strikes these lines. |
| 105/21 | 106/2 | The Court overrules this objection. |
| 106/10 | 109/14 | The Court sustains the objection to Exhibit 52. The parties are directed to obtain a better copy of Exhibit 48. The Court strikes page 106, line 10 to page 109, line 15. |
| 111/21 | 112/6 | The Court overrules the objection. |
| 114/10 | 118/20 | Although the Court finds this is improper *voir dire*, I will allow it. However, the Court strikes page 115, line 12 through page 117, line 16. |
| 121/2 | 121/12 | The Court overrules the objection. |
| 125/12 | 126/3 | The Court overrules the objection. |
| 127/7 | 127/12 | The Court sustains the objection and strikes these lines. |
| 127/13 | 135/5 | The Court overrules this objection. |

Dated: November 8, 2019
       White Plains, New York

**SO ORDERED:**

*Judith C. McCarthy*
JUDITH C. McCARTHY
United States Magistrate Judge