UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DOMINGO OJEDA,

                      Plaintiff,

        -against-

METROPOLITAN TRANSPORTATION
AUTHORITY,

                      Defendant.
-------------------------------------------------------------x

**JUDGMENT**

16 Civ. 0003 (JCM)

    **WHEREAS**, Plaintiff Domingo Ojeda commenced the above-entitled action on January 3, 2016, (Docket No. 1); and

    **WHEREAS**, on July 24, 2018, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c), (Docket No. 87); and

    **WHEREAS**, this action proceeded to a jury trial on November 12, 2019; and

    **WHEREAS**, at the conclusion of trial, on November 15, 2019, the jury reached a unanimous verdict in favor of Plaintiff Domingo Ojeda in the amount of $750,000 for past lost earnings; $900,000 for future lost earnings; $300,000 for past pain and suffering; and $700,000 for future pain and suffering, for a total award of $2,650,000, and

    **WHEREAS**, the jury having found the Defendant Metropolitan Transportation Authority 20% at fault;

    **IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $150,000 for past lost earnings; $180,000 for future lost earnings;

$60,000 for past pain and suffering; and $140,000 for future pain and suffering, for a total award

of $530,000.  Accordingly, the Clerk is directed to close the case.

Dated:  November 18, 2019
      White Plains, New York

                              **SO ORDERED:**

                              JUDITH C. McCARTHY
                              United States Magistrate Judge