Paid   Email Invoice

Go Back

Phone 516-678-0700
FAX 516-678-4488

**DEITZ NATIONWIDE COURT REPORTING**
100 MERRICK ROAD, SUITE 320W
ROCKVILLE CENTRE, NY 11570

Fed.I.D. #47-2685460
Deposition solutions LLC
*A Lexitas Company*

### INVOICE

Bill To:
PHILIP J. DINHOFER, LLC.,
PHILIP J. DINHOFER, ESQ.
77 NORTH CENTER AVENUE
SUITE 311
ROCKVILLE CENTRE, NY 11570

Date: 10/23/2017
Number: 513686

File Number:
DOMINGO OJEDA V MTA
Examination taken on 10/03/2017 of :
GREGG CELLA

Your Total (based on a special split rate): $473.90

**REMIT TO ADDRESS :**
P.O. Box 734298
Dept. 2011
Dallas, TX 75373-4298



:019-11-22 17:51 EST                                                                    +124082355

Phone: 516-678-0700      **DEITZ COURT REPORTING**      Fed.I.D. # 47-2685460
FAX: 516-678-4488      **LEXITAS NATIONWIDE COURT REPORTING**      Deposition solutions LLC
         100 MERRICK ROAD, SUITE 320W      A Lexitas Company
         ROCKVILLE CENTRE, NY 11570

**Bill To:**          Date: 11/22/2019

**PHILIP J. DINHOFER, LLC.,**
**ATTN:** PHILIP J. DINHOFER, ESQ.
77 NORTH CENTER AVENUE
SUITE 311
ROCKVILLE CENTRE, NY 11570

Date : **11/13/2019**

No. : **680376**

### Witness Information
### OJEDA V MTA
### [Examination taken on 11-12-2019]

| | | | | |
|---|---|---|---|---|
| JAMES MCWILLIAM | 73 Pages | @ $5.95 | $434.35 | o+2 |
| Appearance Fee | | 1 | $55.00 | $55.00 |
| File Processing &Conversion ShipPing & Handling | | 1 | $21.95 | $21.95 |

INVOICE TOTAL :   $511.30

BALANCE DUE AMOUNT :   $511.30

**REMIT TO ADDRESS :**
P.O. Box 734298
Dept. 2011
Dallas, TX 75373-4298

|||||||| 680376

Job No : **462109**



2019-11-22 17:51 EST                                                                                           +124082355

Phone: 516-678-0700  
FAX: 516-678-4488

**DEITZ COURT REPORTING**  
**LEXITAS NATIONWIDE COURT REPORTING**  
100 MERRICK ROAD, SUITE 320W  
ROCKVILLE CENTRE, NY 11570

Fed.I.D. # 47-2685460  
Deposition solutions LLC  
A Lexitas Company

Bill To:

PHILIP J. DINHOFER, LLC.,  
ATTN: ---  
77 NORTH CENTER AVENUE  
SUITE 311  
ROCKVILLE CENTRE, NY 11570

Date: 11/22/2019

Date : **11/21/2019**

No. : **681846**

Witness Information  
**OJEDA V MTA**  
**[Examination taken on 11-12-2019]**

| | | | |
|---|---|---|---|
| Videographer-after 5pm | 3 | $225.00 | $675.00 |

INVOICE TOTAL :   $675.00

BALANCE DUE AMOUNT :   $675.00

[barcode: 681846]

**REMIT TO ADDRESS :**  
P.O. Box 734298  
Dept. 2011  
Dallas, TX 75373-4298

Job No : **462112**

